IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KENNETH CARNELL THOMPSON, # 239 570, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CASE NO. 2:14-CV-1130-WKW [WO] |
| MARK BRUTON, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On February 11, 2015, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 5.) Upon an independent review of the record, it is ORDERED that the Magistrate Judge's Recommendation (Doc. # 5) is ADOPTED and that Plaintiff Kenneth Carnell Thompson's case is DISMISSED without prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

An appropriate final judgment will be entered separately.

DONE this 4th day of March, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE